# UNITED STATES DISTRICT COURT

for the

Southern District of New York

__________ Division

WATSON, ROBERT WILLIAM JR
9/11 CERTIFIED SURVIVOR
Pro Se

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

SHARPTON, ALFRED CHARLES JR
KATRINA JEFFERSON
MURRAY, SHANNON
O'BRIEN, CONNERY

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ____________________
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

RECEIVED
SDNY PRO SE OFFICE
2023 NOV -2 PM 3:57

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ROBERT WILLIAM WATSON JR |
| Street Address | 1827 ACP JR BLVD APT 1A |
| City and County | NEW YORK/ MANHATTAN |
| State and Zip Code | NEW YORK 10026 |
| Telephone Number | 929-996-4551 |
| E-mail Address | 911S11696robertwatson@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | SHARPTON, ALFRED CHARLES JR |
| Job or Title *(if known)* | BAPTIST MINISTER - HOUSE OF JUSTICE |
| Street Address | 106 WEST 145TH STREET |
| City and County | NEW YORK MANHATTAN |
| State and Zip Code | NEW YORK [10039] |
| Telephone Number | 877-626-4651 |
| E-mail Address *(if known)* | support@nationalactionnetwork.net |

Defendant No. 2

| | |
|---|---|
| Name | JEFFERSON, KATRINA |
| Job or Title *(if known)* | SPECIAL COORDINATOR - HOUSE OF JUSTICE |
| Street Address | 106 WEST 145TH STREET |
| City and County | NEW YORK/ MANHATTAN |
| State and Zip Code | NEW YORK ~~10026~~ [10039] |
| Telephone Number | 877- 626- 4651 |
| E-mail Address *(if known)* | katrinaj@nationalactionnetwork.net |

Defendant No. 3

| | |
|---|---|
| Name | MURRAY, SHANNON |
| Job or Title *(if known)* | HOUSING SPECIALIST |
| Street Address | 198 E. 121TH STREET, 6 FLOOR |
| City and County | NEW YORK/ MANHATTAN |
| State and Zip Code | NEW YORK ~~10026~~ [10035] |
| Telephone Number | 929-348-5384 |
| E-mail Address *(if known)* | smurray@goddard.org |

Defendant No. 4

| | |
|---|---|
| Name | O'BRIEN, SHANNON |
| Job or Title *(if known)* | CLINICAL SUPERVISOR |
| Street Address | 1789 MADISON AVENUE, 1ST FLOOR |
| City and County | NEW YORK/ MANHATTAN |
| State and Zip Code | NEW YORK ~~10026~~ [10035] |
| Telephone Number | 201- 870- 1420 |
| E-mail Address *(if known)* | connery.obrien@cucs.org |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S. Code Section 1983 - Civil Action for Deprevation rights,
U.S. Code 310, 315, 320, 360, 362, 365, 370, 371, 380, 440, 443, 445, 446, 550, 555, 560
JAMES ZADROGA 9/11 HEALTH AND COMPENSATION ACT OF 2010 PUBLIC LAW (H.R.847: Tooltip Public Law (United States) 111-347.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. Or is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

How much does insurance payout for 9/11? Non-life pay an estimated $3.75 billion or 9.3 percent of toalt insred loses while life insurers will pay approxiamely @2.7 billion, or 6.7 percent.

Plantiff prays for Economics loss awards $350,000 to $ 7,000.000.00 for past and future earnings and loss see In re September 11, 2001 terrorist attacks.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Plantiff, is a soverign black male HEIGHT 5'2 gouvernment name ROBERT WILLIAM WATSON JR.

Plantiff is a living victim of September 11, 2001 terrorist attacks recently certified by World Trade Center Health Program in 2018. Plantiff mother died on September 11, 2020 before her 9/11 conditions was certified by the WTC Health Program in 2020, both mother and son 9/11 VCF cases in Washington D.C. till to date in 2023.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. The Plaintiff seeks relief in accordance with the specified damages or other remedies outlined in the James Zadroga 9/11 Health and Compensation Act of 2010 due to an alleged breach of contract.

2. The Plaintiff seeks relief for pain and suffering and is pursuing damages or other remedies as specified in the James Zadroga 9/11 Health and Compensation Act of 2010 due to an alleged breach of contract. The amount sought is between $350,000.00 and $700,000.00. Reference: In re September 11, 2001 terrorist attacks.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/30/2023

Signature of Plaintiff [signature]

Printed Name of Plaintiff ROBERT WILLIAM WATSON JR VCCL-308

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Street Address ______

State and Zip Code ______

Telephone Number ______

E-mail Address ______

**FACT(S):**
**State here briefly the FACTS that support your case.**

State here briefly the FACTS that support your case.Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

2. Defendant (1) named ALFRED CHARLES SHARPTON JR., otherwise known as Reverend Al Sharpton born October 3, 1954 69 years old is the Baptist Minister of the House of Justice at 106 West 145th Street New York NY 10035.

[Exhibit F- rw_marketing_llc pictures of /rev /al /sarpton and the 9/11 survivor] [EXHIBIT 1- UPS return receipt The White House 1600 Pennsylvania Avenue, 9/11 WTCHP I.D. ans Official Membership card from National Action Network valid until: 8/12/2022}

3. Defendant #1 allegedly instructed his crisis director, DEREK PERKINSON, to remove the Plaintiff from the National Action Network during the Saturday NAN Rally on June 17, 2023, which happened to be the Plaintiff's birthday.
[ Exhibit 2- NYPD 28th Police Report # 2023-028-003862] {EXHIBIT -BARASCH McGARRY --A SALZMAN & PENSON July 13, 2017]

4. Plaintiff ROBERT WILLIAM WATSON JR has pursued all available administrative remedies, addressed policy procedures, and alleged violations of HIPAA contracts. He had scheduled a meeting on June 17, 2023, which was also his birthday, to seek assistance from defendant #1 ALFRED CHARLES SHARTO JR aka. Rev. Al Sharpton regarding The James Zadroga 9/11 Health and Compensation Act of 2010 (H.R. 847; Public Law 111-347). This date was significant as it followed his son's birthday on June 16, 2023, and Father's Day on June 18, 2023.
[see EXHIBIT 2- NYPD 28th Police Report #2023-028-003862]

5. Defendant DEREK PERKINSON received an order from CEO ALFRED CHARLES SHARPTON to remove the Plaintiff from the National Action Network on June 17, 2023. During this process, Defendant DEREK PERKINSON allegedly assaulted the Plaintiff by physically pushing and shoving him through a crowd of people. Assault is generally defined as a crime punishable by law, and its severity and the specific legal consequences can vary depending on the jurisdiction and the circumstances of the incident.
[see EXHIBIT 2- NYPD 28th Police Report #2023-028-003862]

6.Defendant #3, a white female social worker named SHANNON MURRAY, is alleged to have engaged in retaliation against the Plaintiff and her staff, involving violations of The James Zadroga 9/11 Health and Compensation Act of 2010 (H.R. 847; Public Law 111-347). Additionally, Supervisor JAMIE PARGIRSKY is accused of stealing all of the Plaintiff's property, including an 'RISE UP' autobiography signed by Rev. Al Sharpton. This incident was reported directly to ALFRED CHARLES SHARPTON after the Plaintiff's release from cell 432 on September 10, 2020. [Reference: CIVIL COMPLAINT REVIEW BOARD - Mayor Eric Adams January 20, 2023 letter attached].

7. Plaintiff ROBERT WATSON JR and defendant ALFRED CHARLES SHARPTON are both active social media users and social influencers. Defendant ALFRED CHARLES SHARPTON's social media handle is @TheRevAl, while the Plaintiff's social media handle is @911certifiedrobertwatson. Both individuals are users on platforms such as Twitter and YouTube.com.

[Exhibit - YouTube.com: Titled "NYPD 28th Precinct will not arrest Rev Al Sharpton Crisis Director Derek Perkinson -see- Strawman"- 27 Likes and subscribe @911certifiedrobertwatson].

[Exhibit F: rw_marketing_llc pictures of Rev. Al Sharpton and the 9/11 survivor]

8. Plaintiff ROBERT WILLIAM WATSON JR and Defendant ALFRED CHARLES SHARPTON are on social media Twitter page as @TheRevAl and Certified 9/11 Survivor Robert Watson @911Certifiedrobertwatson.

[Exhibit F rw_marketing_llc pictures of /rev /al /sharpton and the 9/11 survivor]

9. Defendant KATRINA JEFFERSON is active on social media with the Twitter handle @Katrinajeffers3. The Defendant sent an email stating that Representative Carolyn B. Maloney would assist with the Plaintiff's September 11 Victim Compensation Fund (VCF) case for the Plaintiff's mother. However, the Defendant allegedly sided with a Downtown Goddard white supervisor for political reasons following the events of the President Donald Trump January 6 capital case in Washington, D.C [see EXHIBIT Katrina email sent to Good Morning Jerue]

10. Plaintiff social media Facebook and Instagram accounts are blocked.

11 .Defendant ALFRED CHARLES SHARPTON allegedly forgot about the 9/11 survivor's mother's case and, instead, mailed a card to the mother's house. The Plaintiff, a National Action Network member, was reportedly made to pay dues to the House of Justice under NAN Charter member I.D. #0029092, registered as ROBERT WATSON.

[See EXHIBIT A - ALLAH SCHOOL IN MECCA, WTCHP, NYPD, and NYC Health + Hospital cards copied as EXHIBIT A]

12. Plaintiff is a certified 9/11 WTC survivor named ROBERT WATSON under the The James Zadroga 9/11 Health and Compensation Act of 2010 H.R. Public Law 111-347. Pursuant to, World Trade Center Health Program and Center For Disease Control and Prevention Policy and procedures.
[see EXHIBIT B: Letter by Maritato, Andrea MD on 7/17/2023].[EXHIBIT 1 and 2] - C

---

13. The James Zadroga 9/11 Health and Compensation Act of 2010 (H.R.847; Pub. L. 111 - 347) is a U.S. law to provide health and aid to the first responders, volunteers, and survivors of the September 11 attacks. It is named after James Zadroga, a New York Police Department officer whose death was linked to the exposures from the World Trade Center Disaster. The law funds and establishes a health program to provide medical treatment for responders and survivors who may experience health complications related to 9/11 terrorist attacks.

14. Plaintiff ROBERT WILLIAM WATSON JR started a Home- Based business, Business name "Rw Marketing LIC." on social media titled Robert Watson Jr on You Tube, Twitter and others websites, with a LLC in a prison cell 432 at BronxWorks/Pyramid Safe Haven at 470 East 161th Street Bronx New York [see EXHIBIT ABCD- -Pyramid Safe Haven 470 E. 161th Street Bronx NY 10451 Tel 718-588-4900]
[see Exhibit A G27J80 AND PLACEMENT CONFIRMATION FORM] In re September 11, 2001 terrorist attacks.

15. Defendant JENNIE DROSSSMAN allegedly violated The James Zadroga 9/11 Health and Compensation Act of 2010 H.R. 847; Public Law 111-347. September 11, 2020 till to date.
[see Exhibit G27J80 AND PLACEMENT CONFIRMATION FORM]

16. Defendant KATRINA JEFFERSON and REP CAROLYN B. MALONEY allegedly would not help Plaintiff's and his mother died on the morning of September 11, 2001. After Katrina Jefferson emailed his Brother-in-law Jerue Sullivan. [Exhibit 2 September 11th Claim Form]
[see Exhibit G27J80 AND PLACEMENT CONFIRMATION FORM] [see EXHIBIT ABCD- -Pyramid Safe Haven 470 E. 161th Street Bronx NY 10451 Tel 718-588-4900]

17. Plaintiff wrote to Rep. Carolyn B. Maloney NY-12 and the New York Attorney General Letitia James after January 6 in Former President Donald Trump's case for the New York Civil Courts.
[see EXHIBIT REP. CAROLY B. MALONEY NY-12 FORM]

18. Plaintiff ROBERT WATSON reported to ALFRED CHARLES SHARPTON the theft of personal property by Downtown Goddard JAMIE PARGIRSKY stolen plaintiff September 11th Victim Compensation Fund paperwork.

19. In October of 2020 the plaintiff called the Sept 11th Helpline 855-885-1555 and the supervisor April Doe picked up the phone. Plaintiff asked the supervisor "Why did you have me do the "prove of presence" for my own mother then you blocked my phone number?" The supervisor told the plaintiff she could not provide her last name. I said "I will use April Doe".

20. Defendant ALFRED CHARLES SHARPTON never called the lawyer LEE LONDON the original 9/11 lawyer for plaintiff September 11th case.

21. Complaints to the Consumer Fraud Bureau and protection:
A New York judge ruled that Donald Trump and his son are liable for fraud for inflating the value of their family business in order to get better deals from banks and insurers.

22. Plaintiff ROBERT WILLIAM WATSON was informed to write New York Attorney General Letita James,by 311 operator, the plaintiff is seeking $250 million in damages, for appeal cases in Washington D.C. [Exhibit OFFICE OF THE ATTORNEY GENERAL LETITIA JAMES STATE DEPARTMENT OF NEW YORK DEPARTMENT OF LAW].
[See EXHIBIT: September 11th Victim Compensation Fund Helpline 855-885-1555]

23. I have exhausted all administrative remedies.9/11 documents breached.

**CAUSES OF ACTION:**

Negligence: How they had a Duty, How they breached the contract, caused harm.
Cause of Actions.
Paragraph 1, 2, 3, 4, 5, 6 ,9, 12, 13, 14, through 20.
Facts Defendants 1, 2, 3, 4
Medical MalPractice.
Cause of Action paragraph 1- 6 through 20.

1. Plaintiff is in pain and suffering - WTC Health Program I.D. 911S11696 Robert Watson. In re Terrorist Attacks on September 11, 2001 United States District Court, S.D. New York - March 3, 2023. Man's right of contract, logically, is held by him in trust to his Creator as property which has been settled upon him, and this can never be contracted away because such would invalidate the original contract itself.see 26 The "thing" held in trust is referred to as the trust res, the subject-matter of the trust. 27See John H. Sears, Declarations of Trust As Effective Substitutions For Incorporation, § 1, p.4(191). Olney served as Attorney General in 1893-1895, U.S. Secretary of State in 1895-1897, and prior to that in the Massachusetts House of Representatives in 1874.

2. Plaintiff was certified as a Certified Optician by the American Board of Opticianry in December 2001. This certification was earned at Walter Wallack School at Wallkill Correctional Facility in 2018. The Plaintiff has had a career spanning over 20 years, during which they have been involved in edging and inspecting over 360 pairs of eyeglasses per day.The context provided indicates that this information is relevant to a case or legal matter related to the terrorist attacks on September 11, 2001, in the United States District Court for the Southern District of New York. This background information about the Plaintiff's certification and career may be relevant to their involvement in the case or proceedings.[ See EXHIBIT B]

3. Plaintiff survived inside of 370 World Trade Center (2 WTC) during the terrorist attacks on September 11, 2001. The context suggests that this information is relevant to a legal case or proceedings related to the terrorist attacks on September 11, 2001, in the United States District Court for the Southern District of New York, with a date specified as March 3, 2023. This fact highlights the Plaintiff's presence at the World Trade Center during the tragic events of 9/11, which may have implications for the legal case or proceedings. [see EXHIBIT A AND C package attached]

4. From June 8, 2017 , Plaintiff suffers from certified conditions of the september 11th VCF and the Worker's Compensation Board case (WCB) # G214 4778 at 21 Century Optical Wholesale Laboratory 47-00 33rd Street Long Island City, New York. see. Man's right of contract, logically, is held by him in trust to his Creator as property which has been settled upon him, and this can never be contracted away because such would invalidate the original contract itself. 26The "thing" held in trust is referred to as the trust res, the subject-matter of the trust. 27See John H. Sears, Declarations of Trust As Effective Substitutions For Incorporation, § 1, p.4(191). Olney served as Attorney General in 1893-1895, U.S. Secretary of State in 1895-1897, and prior to that in the Massachusetts House of Representatives in 1874. [See Exhibit A and C]

5.From June 8, 2017, the Plaintiff has suffered from certified conditions related to the September 11th Victim Compensation Fund (VCF) and a Worker's Compensation Board (WCB) case with reference to case number G214 4778. This suggests that the Plaintiff has health issues or injuries associated with the events of September 11, 2001, and has been pursuing claims for compensation and benefits.

> The statement also includes a reference to a legal concept regarding the "right of contract." It suggests that a man's right to contract is held in trust to their Creator and cannot be contracted away, as it would invalidate the original contract itself. The statement provides historical context by mentioning John H. Sears and refers to the "trust res," which is the subject-matter of the trust. Additionally, it mentions Olney, who served as Attorney General and U.S. Secretary of State in the late 19th century.

6. Defendant named CONNERY O'BRIEN called the NYPD on August 23, 2023, in which the defendant allegedly requested the plaintiff's removal from his residence to be detained by NYPD for making Human Rights complaints, is this a breach of contract? the James Zadroga 9/11 Health and Compensation Act of 2010 (Public Law H.R. 847 111-347). [See attached- FDNY bill Due date 09/11/2023]. [See Exhibit A and C 9-pages]

7. The defendant, CONNERY O'BRIEN, who had a duty as a clinical supervisor, violated

the plaintiff's constitutional rights by allegedly stealing the plaintiff cestui que trust and social security card," then breach the contract..

**CAUSES OF ACTION**

8. Plaintiff has numerous Internal Affairs Bureau Complaints CCRB Case number 202305926.

9. . Plaintiff has numerous CCRB Civil Complaint Review Board complaints Keymani Dunkley the level 1 Investigator ]email kdunkley@ccrb.gov]. Since 2018.

10. Plaintiff Google searched and learned that the First few chapters of Weiss' Concise Trustee Handbook, for the administration of a private express trust under the common law, functioning under the General Law Merchant. With Commentary by Greg Ward of the Common Law Right Society see first few chapters Common Law Rights Society with Commentary - Part1 on YouTube.com.

11.The Plaintiff alleges that their human rights were being violated while under the care of the Department of Homeless Services (DHS) and Human Resources. Defendant #1 was made aware of these alleged violations in 2019 and 2020 at the House of Justice. [See Exhibit F- rw marketing llc .com and Rev Al Sharpton on Instagram together].

12 .Defendant #1 was informed about the death of his mother, Evelyn Watson. The statement alleges that Evelyn Watson's death was attributed to the actions of social workers who had the defendant in a jail cell for six months during the COVID-19 pandemic, which is described as unlawful imprisonment. [See EXHIBIT 17-Q In Loving Memory of Evelyn Watson D.O.B. April 30, 19 XX D.O.D. 9/11/2020]

13. Unlawful imprisonment refers to the act of depriving someone of their freedom and confining them against their will in a manner that violates the law. If the defendant believes that they were unlawfully imprisoned and that it resulted in harm to a family member, to understand their rights and explore potential legal remedies. Legal cases

involving unlawful imprisonment and related matters can be complex, and an attorney can provide guidance and representation throughout the process. Google search.

14.Defendant #2, Katrina Jefferson, allegedly sided with Jennie Drossman from MOC/Janian Medical/CUCS for political reasons. [See EXHIBITS A]

14. Defendant #1 gave orders to Defendant #2 to help the plaintiff with the mother's Sept 11 Victim Compensation Fund (VCF) case.

15. Defendant #3 SHANNON MURRAY supervisor Jennie Drossman from MOC/Janian Medical/CUCS is accused of unlawfully detaining the plaintiff for six months. See [Exhibit C- PLACEMENT CONFIRMATION FORM attached]

16. The plaintiff's mother died on the anniversary of September 11, 2020. [See EXHIBIT 17-Q]

17. The September 11 VCF helpline has allegedly blocked both VCF claims, suggesting that the Plaintiff's ability to access the Victim Compensation Fund may have been hindered.

18.The World Trade Center Health Program has allegedly blocked the Plaintiff's number, which may be related to their ability to access health care benefits or services provided under the Act.

19.. The Plaintiff appears to be asserting that these actions represent a breach of contract related to the James Zadroga 9/11 Health and Compensation Act. To address such claims, it would be advisable for the Plaintiff to consult with an attorney who can review the specific details of the case and provide guidance on how to proceed. Breach of contract claims can be legally complex, and an attorney can help assess the situation and determine the appropriate course of action.
[See EXHIBIT G- Pasternack Tilker Zigler Walsh Stanton & Romano LLP]

20. The Plaintiff is filing a medical malpractice case in federal court due to alleged medical negligence by medical professionals, as well as claims against employees of the NYPD, Human Resource Administration, CDC, September 11th Victim Compensation Fund (VCF), World Trade Center Health Program (WTCHP), and the Department of Homeless Services (DHS) Men's Shelter system.

EXHIBIT A WTCHP 911S11696

NEW YORK STATE USA
DRIVER LICENSE
[redacted] 549 Class D
WATSON
ROBERT W
240-29 149TH AVE
ROSEDALE, NY 11422
Sex M Height 5'-02" Eyes BRO
DOB 08/17/1954
Expires 08/17/2027
E NONE
R B
Issued 12/27/2019
JUN 54

ALLAH SCHOOL IN MECCA
IN THE NAME OF
ALLAH
OFFICE OF CULTURAL MANAGEMENT

**Divine Prince**
Hon. Ronald P Douglas, Secretary

2122 Adam Clayton Powell Jr. Blvd
Allah and Justice Square
New York, New York 10027

347-940-8465
sambo7the7@gmail.com

NATIONAL ACTION NETWORK
OFFICIAL MEMBERSHIP CARD

ROBERT WATSON
Member Number:0029092
Chapter: NATIONAL
Valid Until:8/12/2022

REV. AL SHARPTON
PRESIDENT & FOUNDER

REV. DR. W. FRANKLYN RICHARDSON II
CHAIRMAN OF THE BOARD

30 YEARS OF FIGHTING FOR EQUALITY

9-11 World Trade Center Health Program

**Robert Watson**
**WTC Health Program Member ID:**
**911S11696**

This is not an insurance card and should only be used to seek approved WTC Health Program benefits.

Printed on: 11/21/2022
H3312-069

845-647-4500 000098553
Family Practice Center of Ellenvill
PCP/Office Name:
ISSUER (80840)

RxGRP# RXAETD
RXBIN 610502 RxPCN MEDDAET
NAME ROBERT W WATSON
ID 101203976900
PLAN# 000003-NY000021
AETNA MEDICARE ASSURE PLAN (HMO D-SNP)

MedicareRx
Prescription Drug Coverage

aetna
Medicare HMO
Aetna Medicare Dental

8/12 2:11 PM Taxi PARGIRS 3-WAY

NYPD
New York City Police Department

SERGEANT MITCHELL
Shield Number 4332

32nd
Command

DR. WADOLOSKI

PO Box 7002
Rensselear, NY 12144

WTC Health Program

Robert Watson
24029 145th Ave
Rosedale, New York 11422

**Re: 911S11696** **01/02/2019**

**Dear Robert Watson:**

This letter is to inform you that after reviewing medical information provided by the Health and Hospitals Corporation (HHC), the World Trade Center (WTC) Health Program has certified the following health condition(s) as covered for treatment benefits:

| **Date of Certification** | **Condition Category on List of WTC-Related Health Conditions*** | **Certification Category or Injury** |
|---|---|---|
| 11/29/2018 | Mental Health | Please Contact your WTC Physician for Specific Information |

* As listed in the James Zadroga 9/11 Health and Compensation Act of 2010 and/or 42 C.F.R. § 88.15

Our records also indicate that you are currently certified for the following health condition(s) as covered for treatment benefits:

| **Date of Certification** | **Condition Category on List of WTC-Related Health Conditions*** | **Certification Category or Injury** |
|---|---|---|
| 1/2/2018 | Gastroesophageal Reflux Disease (Gerd) | Gastroesophageal Reflux Disease Please Contact your WTC Physician for Specific Information |

* As listed in the James Zadroga 9/11 Health and Compensation Act of 2010 and/or 42 C.F.R. § 88.15

**The WTC Health Program will only provide payment for medically necessary treatment(s) authorized by your WTC Health Program physician for your certified health condition(s) by a WTC Health Program participating provider.**

If you would like more information or believe that a health condition is missing, incorrect, or should be removed, please discuss this with the Health and Hospitals Corporation (HHC) at 212-562-1720. If the information in this letter is correct, no further action is necessary.

If you have any other questions, you may contact the WTC Health Program at 1-888-982-4748 Monday through Friday, 9 AM to 5 PM (Eastern Time Zone).

235

NEW YORK STATE | Workers' Compensation Board

Clarissa M. Rodriguez
Chair

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
PO BOX 5205
BINGHAMTON, NY 13902-5205
www.wcb.ny.gov

(877) 632-4996

## State of New York - Workers' Compensation Board

## In regard to Robert Watson, WCB Case #G214 7510

### NOTICE OF DECISION

*keep for your records*

At the Workers' Compensation hearing held on 08/16/2018 involving the claim of Robert Watson at the Queens hearing location, Judge Mary Carter-Flanagan made the following decision, findings and directions:

DECISION: Issues in controversy have been raised by the carrier/employer.

Claimant did not appear at the hearing, or was otherwise not prepared to proceed.

Form(s) C-8.1 which raised issues relating to treatment and/or disputed medical bills are resolved in favor of the carrier without prejudice. No prima facie medical evidence.

If case reopened, case to travel with 00157778. No further action is planned by the Board at this time.

| | | | |
|---|---|---|---|
| Claimant - | Robert Watson | Employer - | 21 Century Optics Laboratory |
| Social Security No. - | 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 | Carrier - | Charter Oak Fire Ins Co |
| WCB Case No. - | G214 7510 | Carrier ID No. - | W054001 |
| Date of Accident - | 06/08/2018 | Carrier Case No. - | FDC0663 |
| District Office - | NYC | Date of Filing of this Decision - | 08/21/2018 |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

(EXHIBIT A)

12345963

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
PO BOX 29017
BROOKLYN, NY 11202-9017

(800) 877-1373

Robert R. Snashall
Chairman

## State of New York - Workers' Compensation Board

## In regard to Robert Watson, WCB Case #0015 7778

### ADMINISTRATIVE DECISION

*keep for your records*

Based upon the information we have received regarding the work-related injury of Robert Watson on 09/11/2001 while working for LENSCRARTERS INC, the Workers' Compensation Board makes the following findings and directions:

DECISION

This decision does not finalize the claim. Issue(s) pertaining to this claim are resolved as below. The claimant Robert Watson had a work related injury to lumbar srain.

Necessary related medical care is authorized. Case is continued.

If you object to part or all of this decision, please state your reasons on the back of this form and return it to the district office address listed above (keep a copy for your records). Based on the reason for your objection, there may be a modified proposed decision, a conciliation meeting or a hearing. Unless your objection is received within 30 days of the date of filing of this notice, the decision will be final on the 31st day of December, 2001.

| | |
|---|---|
| Claimant - | Robert Watson |
| Social Security No. - | 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 |
| WCB Case No. - | 0015 7778 |
| Date of Accident - | 09/11/2001 |
| District Office - | NYC |

| | |
|---|---|
| Employer - | LENSCRARTERS INC |
| Carrier - | Liberty Mutual Insurance Co |
| Carrier ID No. - | W124002 |
| Carrier Case No. - | WC205-176972 |
| Date of Filing of this Decision– | 11/29/2001 |

ATENCION:

Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).



EC-200X (12/98)
FILE COPY

Robert R. Snashall
Chairman

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD
PO BOX 29017
BROOKLYN, NY 11202-9017
www.wcb.state.ny.us

(800) 877-1373

**State of New York - Workers' Compensation Board**

**In regard to Robert Watson, WCB Case #0015 7778**

# NOTICE OF DECISION

*keep for your records*

At the Workers' Compensation hearing held on 09/18/2002 involving the claim of Robert Watson at the Queens hearing location, Judge Peter Georgalos made the following decision, findings and directions:

AWARD : The employer or insurance carrier is directed to pay the following awards, less payments already made by the employer or carrier, for the periods indicated below, unless employer or carrier files an appeal within 30 days after the date on which the decision was duly filed and served.

| weeks | for disability over a period of from | to | at rate per week | the sum of |
|---|---|---|---|---|
| 4.6 | 9/12/2001 | 10/15/2001 | $331.73 | $1,525.96 |
| 0 | 10/15/2001 | 12/17/2001 | $0.00 | $0.00 |
| - No compensable lost time. | | | | |
| 10.4 | 12/17/2001 | 2/27/2002 | $331.73 | $3,449.99 |
| 1.6 | 2/27/2002 | 3/9/2002 | $225.00 | $360.00 |
| - Reduced earnings. | | | | |

DECISION: The claimant's average weekly wage for the year worked before this work related injury or occupational disease is determined to be $497.60 per C-8 without prejudice. No further action is planned by the Board at this time.

| | |
|---|---|
| Claimant - | Robert Watson |
| Social Security No. - | 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 |
| WCB Case No. - | 0015 7778 |
| Date of Accident - | 09/11/2001 |
| District Office - | NYC |

| | |
|---|---|
| Employer - | LENSCRARTERS INC |
| Carrier - | Liberty Mutual Insurance Co |
| Carrier ID No. - | W124002 |
| Carrier Case No. - | WC205-176972 |
| Date of Filing of this Decision - | 09/26/2002 |

ATENCION:
Puede llamar a la oficina de la Junta de Compensacion Obrera, en su area correspondiente, cuyo numero de telefono aparece al principio de la pagina y pida informacion acerca de su reclamacion(caso).

EC-23 (4/98)

CLAIM NO. 442456 WTC CLAIMANT: Robert W. Watson

Accordingly, an award is herein made and payable, pursuant to claimant's authorization dated February 25, 2002 as follows:

To:
Robert W. Watson $6,617.88
240-29 145th Avenue
Rosedale, NY 11422
SS#: [redacted]
(for loss of earnings from 9/11/01 to 10/14/01 & 12/17/01 to 3/9/02)

**TOTAL AWARD** **$6,617.88**

Claimant has health insurance coverage through Workers' Compensation & United Health Care and all crime-related medical/counseling bills must be submitted pursuant to said coverage first. The Crime Victims Board is payer of last resort.

<u>All crime related medical/counseling bills already submitted and not paid in this decision will be forwarded to the Board's Additional Medical Unit for consideration of payment after any applicable insurance.</u> The claimant may send to the Additional Medical Unit any additional medical/counseling expenses that the claimant has incurred because of this crime, that are not covered by insurance or some other source, for consideration and payment by the Board and mail to:

**ADDITIONAL MEDICAL UNIT**
**CRIME VICTIMS BOARD**
**845 CENTRAL AVENUE, SOUTH 3 SUITE 107**
**ALBANY, NEW YORK 12206-1588**

PLEASE INCLUDE CLAIM NUMBER ON ALL CORRESPONDENCE AND BILLS

The claimant should use the enclosed pink medical form for these additional medical/counseling expenses. In the event claimant's health insurance coverage changes in any way, claimant must immediately notify the Crime Victims Board of such change within thirty (30) days. Failure to provide timely notice of any change may result in a denial of future benefits.

Dated: DEC 12 2002 Signed:
Dated at Brooklyn, New York Joan A. Cusack
Chairwoman

JAC: lm

**NOTICE TO CLAIMANT OR ATTORNEY**

[Exhibit F]



rw_marketing_llc ...

rw_marketing_llc 22. Supreme Alphabet for today is V-Victory.
Note to self: mailed letter to US Representatives Gregory Meeks for HumanRightsViolation

55w

rw_marketing_llc I was told by his lawyer to get my mother certified also

View insights

Liked by **ms.s.w.w** and **3 others**

JULY 22, 2021

Add a comment...

My Shirt reads "I HAVE AN ANGEL IN HEAVEN AND I CALL HER MOMS" See the letter in hand to Sept 11 VCF back then.



Save post
Add this to your saved item

Who can comment o

View edit history

Change Alt Text

Edit Location

Delete Photo

Turn off notifications

Turn off translations

Rotate Left

Rotate Right

Download

Make Profile Picture

Enter fullscreen

Embed

Robert Watson
October 2, 2021 ·

I have a great idea!

Life and times of the World **Robert Watson** Trade Center Survivor.

Edit

You, Eunice Simpson, Paul Johnson Sr and 9 others

7 Comments 4 Shares

Like Comment Share

Most relevant

Author
**Robert Watson**
U ARE DEAD WRONG AL SHARPTON!
**Angry** **Reply** 26w

Write a comment...




**Robert Watson**
May 15, 2021 ·

Jamie Pagirsky Goddard MOC Downtown!!
#HumanRightsViolation No Justice No Peace!

give me back that book sign by Dr. Reverend Al Sharpton "Rise Up" to my mother E.Watson (rip).

**Edit**

You, Robert Watson, Paul Johnson Sr and 5 others 2 Comments 5 Shares

Like Comment Share

Most relevant

Author
**Robert Watson**
Allah is the Greatest

Write a comment...

**BARASCH MCGARRY SALZMAN & PENSON**

ATTORNEYS AT LAW
11 PARK PLACE
SUITE 1801
NEW YORK, N.Y. 10007
(212) 385-8000
1-800-562-9190
Fax No. (212) 385-7845

www.baraschmcgarry.com
www.firelaw.com

MICHAEL A. BARASCH
BARRY A. SALZMAN*
DOMINIQUE A. PENSON
BRUCE KAYE
SARA DIRECTOR
DANA CUTTING

*ADMITTED IN NY & CT

LEE LONDON
MARIYA ATANASOVA
JENNIFER JIMENEZ
JAMES STEINER

(EXHIBIT A)

July 13, 2017

Robert Watson
240-29 145 Avenue
Rosedale, NY 10026

Dear Robert Watson,

This letter is to advise that we have received your Zadroga paperwork and your name is officially registered with the Zadroga Victim Compensation Fund.

**Your VCF ID number: VCF0104772**

The claims process is in three stages: Registration, Eligibility, and Compensation. Your VCF claim is currently being reviewed to begin the eligibility phase. You will be assigned an eligibility case manager within a few weeks and additional documents may be requested as needed. If you have already sent medical records to our office, we thank you. *If you have not*, we ask that you attempt to obtain medical records from the health-care providers from whom you have received treatment. If you have not already done so, we highly recommend you enroll in the World Trade Center Health Program. If you are enrolled in a World Trade Center Health Program, we ask that you call your WTCHP facility and obtain a certification letter for your illnesses. Remember, we will not know that you have seen a doctor or received treatment, unless you tell us.

The Victim Compensation Fund requires supporting documentation that attests to your presence at ground zero between the dates of September 11, 2001 – May 30, 2002. Please provide our office with two notarized affidavits from witnesses who saw you at ground zero during the above listed dates. If you have already provided our office with documents to support your presence, we thank you.

Enclosed with this letter is a countersigned copy of your retainer. Thank you for your confidence in retaining us. We look forward to working with you and invite you to call with any questions you may have. It is our pleasure to represent you.

(EXHIBIT B)

NEW YORK STATE

ID NUMBER
UF861[redacted]

CARD NUMBER
[redacted]3861 471 24

DOB
06/17/1964

LAST NAME WATSON

FIRST NAME / M.I. ROBERT W



600488
ACCESS NUMBER
[redacted]3861 471

SEQ #
24

NATIONAL ACTION NETWORK

OFFICIAL MEMBERSHIP CARD

**ROBERT WATSON**

Member Number:0029092

Chapter: NATIONAL

Valid Until:8/12/2022

REV. AL SHARPTON
PRESIDENT & FOUNDER

REV. DR. W. FRANKLYN RICHARDSON II
CHAIRMAN OF THE BOARD

30 YEARS OF FIGHTING FOR EQUALITY...

World Trade Center Health Program

**Robert Watson**

**WTC Health Program Member ID:**
**911S11696**

This is not an insurance card and should only be used to seek approved WTC Health Program benefits.

# PLACEMENT CONFIRMATION FORM

This form verifies that ROBERT WATSON ______ was placed at
(Name of Client)

private apartment located at 1827 7th Ave NY, NY
(Name of Facility/Agency) (Address)

on 2/18/2022
(Date)

I affirm the information above to be accurate.

Downtown Goddard
Name of Outreach Program

Name of Housing Agency/Facility

Shannon Murray
Name of Outreach Worker

Name of Housing Worker

Signature

Signature

*Please note: This form is used only for reporting purposes to account for a client's whereabouts.*

Date 10/26/17

# PROJECT RENEWAL

Renewing lives. Reclaiming hope.

Claudia Rosen
*Chairman*

Geoffrey Proulx
*Vice Chairman*

Mitchell Netburn
*President & CEO*

ANA'S PLACE

Wanda Rijo
*Shelter Director*

To whom it may concern:

Mr. Robert Watson, DOB 6/17/1964, is a resident of Ana's Place Men's shelter since 7/5/2017. Ana's Place Men's Shelter is a temporary and emergency shelter where case management, recreation, and psychiatric services are provided until clients obtain permanent housing.

Civil Rights Violation

For further questions or concerns please, don't hesitate to contact me.

DHS Police
Assault on
Nov 11, 2017
DHS 71326
ROBERT WATSON

Nigel Mitchell

Nigel Mitchell, Case Manager.

Ana's Place Men's Shelter.
4380 Bronx Boulevard, Bronx, NY, 10466.
Phone 718-4141777, ext. 111.
Fax: 718-2317235.

Homeless Man
Killed Program Director
in 2015 name ANA

D-091-CR-22-01551

Bronxworks
Lifting Lives Building Futures

**Pyramid Safe Haven**

470 E. 161st Street
Bronx, NY 10451
*Tel:* (718) 588-4900
*Fax:* (718) 893-3680
**www.bronxworks.org**

**DATE:** 5/19/2020

To whom it may concern: DHS 711326 911S11686/NCF0104772

This letter is regarding Robert Watson Cell 432 06/17/1964
*Client's Name* *DOB*

This person has been staying at the Pyramid Safe Haven from the following dates:

04/30/2020 — *Start Date*
Present — *End Date*

The Pyramid Safe Haven is a DHS funded facility and provides shelter and social services to single adults who are homeless. The facility is located at 470 E. 161st Street, Bronx, NY 10451.

If any additional information is needed please contact Shiasia Harris at 718 588-4900 Ext 212 Sunday-Thursday, between 8:00am and 4:00pm.

Sincerely,

Shiasia Harris

Shiasia Harris
Case Manager, Pyramid Safe Haven
BronxWorks
470 E. 161st Street
Bronx, NY 10451
Tel: 718-588-4900
Email: sharris@bronxworks.org

To: August Flentje
Rev Al Sharpton & Katrina
Jefferson & William Allen
was aware @Robertwatson
10026@gmail.com

Exhibit D

Victims SS# 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



harlemfinest112

harlemfinest112 WHITE SUPREMACY IS REAL!PYRAMID SAFE HAVEN WITH JAIL CELLS

THIS BUILDING IS A HUMAN RIGHTS VIOLATION

Edited · 36w

April 30, 2020 Till Sept 10, 2020 My mother died when I was transferred to "THE BRIDGE"

DECEMBER 7, 2021

Add a comment...

KATRINA JEFFERSON got upset when I Left the Bridge hood for Rev AL Sharpon on Oct 12. 2021 my Father ROBERT W WATSON SR Birthday. I pray AL Sharpton pay for this Civil rights violation against the WATSON family of 9/11/2001.

**INCIDENT INFORMATION SLIP**
PD 301-154 (Rev. 3-98)-PENT (RML) .

Date: 7/...

Welcome to the 42nd Precinct located at 830 Washington Avenue Bronx, NY 10451.
Our phone number is (718) 402-3887.

We hope that your business with us was handled satisfactorily. Your particular matter ... following number(s):

Complaint Report No: 5406 Accident Report No: ______ Aided Report No: ______

...kz Date of Occurrence: 5/7/...

(Shield No)

...470 E161 St Bronx

...ou have to ... matter in the future. If you nee...
...02-3887. ... if you have any suggest...
...know, ... with a crime prevention...
...crime prevention...

... RESPECT

2271 8th AVE

212-678-1611

7/27/2023

# Complaint Report

PO HANKERSON

Lt DAVIDOW

2023-028-003862




Apil 30, 2020
Sept 10, 2020
PYRAMID SAFE HAVEN
BRONX WORK
WTCHP 911811696
DHS 711326
NAN 0029092

Betzaida

BronxWorks
Lifting Lives Building Futures

Pyramid Safe Haven
470 E. 161st Street
Bronx, NY 10451
Tel: 718-588-4900
www.bronxworks.org

COMPLAINT FORM

PLEASE PRINT THE FOLLOWING INFORMATION:

NAME: Robert Watson WTC91151169
FIRST NAME LAST NAME

ADDRESS: 470 161 Street New York N.Y 10456
STREET ADDRESS CITY STATE ZIP CODE

PHONE: DAY (347) 372-4050 EVENING ( )

BRONXWORKS OFFICE(S) YOU VISITED: PROGRAM DiRector

What problems with Bronxworks services are you having?
(PLEASE BE AS SPECIFIC AS POSSIBLE BY LISTING DATES, OFFICES, STAFF NAMES AND SERVICES SOUGHT)

I ROBERT WATSON #711326 arrived at Pyramid Safe Hafen on April 30, 2020 on My Mother Evelyne WATSON Birthday. I did intake and was only told I can write my grievances at any time...but when I asked for a resident letter Supervisor of Pyramid Safe Haven STATEd printer was broken, See EXHIBT(C) Bronx works letter dated 5/19/2020.

SIGNATURE [signature] DATE June 4, 2020

Please return form to BronxWorks office supervisor or send form via email or email complaint to:

QUALITY ASSURANCE SPECIALIST
BRONXWORKS
800 BARRETTO STREET
BRONX, NY 10474
scarbone@bronxworks.org

See BRONXS WORKS Dated 5/19/2020 Attached with this letter →

U72II

**Referred By:** cab-Self Referral - Self [Update Referral Source]

**Intake / Admission:** 04/30/2020 / 04/30/2020

**Last Visit:** Never

[Update Demographic Data]

**Miscellaneous Info: Robert Watson**

**Marital Status:**

**Education Level:**

**Diploma:**

**Employment Status:**

**NY/NY:** no

**NY/NY ID:**

**Check all that apply:**

[Update Misc Info]

**Current Program Status: Robert Watson**

| Status | Start Date | End Date | Comments |
|---|---|---|---|
| No Current Records Found | | | |

[Update Program Status]

**Current Contacts Info: Robert Watson**

| Type | Name | Relation | Start Date | Address | Contact Methods | Consent for Release of Info |
|---|---|---|---|---|---|---|

CASE No. 1:24-CR-00151

Pyramid SAFE HAVEN FUND BY DHS

A STORE Prison JAIL or detention (Y3)

(Property SHARK) - E 161 Street

470 E 161 STREET

BRONX N.Y. 10451

Bronxworks
Lifting Lives Building Futures

The Living Room

800 Barretto Street
Bronx, NY 10474
Tel: (718) 893-3606
Fax: (718) 893-3680
www.bronxworks.org

COMPLAINT FORM

(2018)

PLEASE PRINT THE FOLLOWING INFORMATION:

WTC91151169

NAME: ROBERT (FIRST NAME) WATSON #711326 (LAST NAME) Robert Watson

ADDRESS: 470 E 161 Street (STREET ADDRESS) BRONX (CITY) NY (STATE) 10451 (ZIP CODE)

PHONE: DAY (347) 372-4050 EVENING (____)________

BRONWORKS OFFICE(S) YOU VISITED: Mariam Alami

What problems with BronxWorks services are you having?
(PLEASE BE AS SPECIFIC AS POSSIBLE BY LISTING DATES, OFFICES, STAFF NAMES AND SERVICES SOUGHT)

1) On April 30, 2020, I stated that I could not live in a cell. When I was showed a cell, Bronxsworks Case workes stated this is Robert Watson #711326 Room (cell 432) (NAN) MEMBER

→ Bronworks building is a 4 store prison, Jail or detention (Y3) (Property Sha
470 E 161 Street Bronx NY 10451,

2) THE HOUSE RULES are Department of Correction Rules

SIGNATURE Robert Watson DATE 6/24/2020

WTC91151169.6 → WORLD TRADE CENTER HEALTH PROGRAM MEMBER

Please return form to BronxWorks office supervisor or send form via mail or email complaint to:

ASSISTANT EXECUTIVE DIRECTOR
BRONXWORKS
1130 GRAND CONCOURSE
BRONX, NY 10456
sauwarter@bronxworks.org

FIRE DEPARTMENT OF THE CITY OF NEW YORK
PO BOX 1280
OAKS, PA 19456-1280

CDDIGI21

Credit Cards Accepted: VISA DISCOVER

TO PAY ONLINE BY CREDIT CARD OR PROVIDE INSURANCE INFORMATION PLEASE VISIT
HTTPS://NYCEMS.PAYAMBULANCE.COM

| STATEMENT DATE | PAY THIS AMOUNT | INVOICE # |
|---|---|---|
| 09/11/23 | $99.06 | DFDNY1703665 |

SHOW AMOUNT PAID HERE: $____________

EXHIBIT C

FDNY-1830505 532641863
ROBERT WATSON
1827 ADAM CLAYTON POWELL JR BLVD APT 18
NEW YORK NY 10026-3612

0013 010132
1 of 1

SEND PAYMENT TO
MAKE CHECKS PAYABLE TO:

FIRE DEPARTMENT OF THE CITY OF NEW YORK
PO BOX 27137
NEW YORK, NY 10087-7137

☐ Please check box if address is incorrect or insurance information has changed and indicate change(s) on the reverse side.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

# INVOICE

N #: 1

| PATIENT NAME | INVOICE # | ACR/PCR# | INVOICE DATE |
|---|---|---|---|
| ROBERT WATSON | DFDNY1703665 | 89446132 | 09/11/23 |

| ORIGIN: | DESTINATION: |
|---|---|
| 1827 ADAM CLAYTON POWELL J<br>MANHATTAN, NY 10026 | MOUNT SINAI HOSP MORNINGSIDE<br>1111 AMSTERDAM AVENUE<br>NEW YORK, NY 10025 |

| DATE OF SERVICE | DESCRIPTION OF SERVICES PERFORMED | RATE | QTY | CHARGE | PAYMENTS & ADJUST. |
|---|---|---|---|---|---|
| 08/23/23 | A0429 BLS EMERGENCY | $1,385.00 | 1.0 | $1,385.00 | |
| 08/23/23 | ADJUSTMENT - AETNA (CARE HMO) | | | | ($895.82) |
| 09/14/23 | ADJUSTMENT - AETNA (CARE HMO) | | | | ($7.83) |
| 09/14/23 | PAYMENT - AETNA (CARE HMO) | | | | ($383.51) |
| 08/23/23 | A0425 MILEAGE | $20.00 | 0.7 | $14.00 | |
| 08/23/23 | ADJUSTMENT - AETNA (CARE HMO) | | | | ($7.90) |
| 09/14/23 | ADJUSTMENT - AETNA (CARE HMO) | | | | ($0.10) |
| 09/14/23 | PAYMENT - AETNA (CARE HMO) | | | | ($4.78) |

AETNA MC | CO-INSURANCE: $99.06 | DEDUCTIBLES: $0.00 |

**BALANCE DUE UPON RECEIPT OF THIS INVOICE:** **$99.06**

To access a copy of your patient care report online please type the following web address into your internet web browser: https://fdny.mypatientencounters.com/myrecord.

For a limited time, some accounts may be settled for less than the full amount. If you are uninsured, or have exhausted your insurance benefits and qualify under Federal Guidelines for aid, you may be eligible for Financial Assistance regardless of your immigration status. ***FDNY's Notice of Privacy Practices can be viewed at https://www.nyc.gov/assets/fdny/downloads/pdf/about/privacy-practices.pdf***.

**FOR INQUIRIES CALL 1-(844)-394-5716 MON-FRI 8AM-7PM AND SAT 9AM-3PM EST OR EMAIL NYCEMS@PAYAMBULANCE.COM (PARA AYUDA EN ESPANOL, FAVOR DE LLAMAR 833-532-2214)** PLEASE FORWARD YOUR INSURANCE INFORMATION OR REMIT PAYMENT IN FULL UPON RECEIPT OF THIS INVOICE. YOUR PRIMARY INSURANCE HAS BEEN BILLED. THE BALANCE DUE IS YOUR RESPONSIBILITY.

/EXHIBIT C_7

Mount Sinai St. Luke's

# AFTER VISIT SUMMARY

**Robert Watson** MRN: 2989767

8/23/2023 Comprehensive Psychiatric Emergency Program Morningside 212-523-3347

## Instructions

As per your request:

Legal Aid Society
2090 Adam Clayton Powell Jr. Boulevard
New York, NY 10027
212-426-3000

### Go to Provider Other on 8/24/2023

Why: Follow Up appointment with your team at 12:00 PM
CUCS Intensive Mobile Treatment (IMT) 7
1783 Madison Avenue, 1st Floor
New York, NY 10035
646-428-0700
**This is a TeleHealth session**

## Today's Visit

You were seen by Steven Carbonaro, MD and Jaydee Choompoo, MD

**Reason for Visit**

Psychiatric Evaluation

**Diagnosis**

Adjustment disorder with mixed disturbance of emotions and conduct

## What's Next

You currently have no upcoming appointments scheduled.

## MyMountSinai Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://mychart.mountsinai.org/mychart/**, click "Sign Up Now", and enter your personal activation code: **ZX8KD-7SP2P-P2NPZ**. Activation code expires 10/22/2023.

## Psych ED Summary

You have been evaluated in the emergency room and are being discharged with the recommendation that you follow-up with a Mental Health Provider. If you are returning to your current provider please made sure that your provider is aware of this ED visit.

**Comprehensive Psychiatric Emergency Program Morningside**
1111 Amsterdam Ave
New York NY 10025-1716
Phone: 212-523-3347

**Robert Watson**
MRN: **2989767**

Department: **Comprehensive Psychiatric Emergency Program Morningside**
Date of Visit: **8/23/2023**

**Clinical Impressions this visit:**

1. ADJUSTMENT DISORDER WITH MIXED DISTURBANCE OF EMOTIONS AND CONDUCT

You were seen by: Steven Carbonaro, MD, Jaydee Choompoo, MD

Follow-up Information

Provider Other. Go on 8/24/2023.

Why: Follow Up appointment with your team at 12:00 PM
CUCS Intensive Mobile Treatment (IMT) 7
1783 Madison Avenue, 1st Floor
New York, NY 10035
646-428-0700
**This is a TeleHealth session**

**Patient Follow-Up Information**

No data filed

**General Information**

**Patient Attestation:**

I have discussed my test results with my provider, and have received the relevant test results in my discharge summary. I have received my Discharge Instructions, I understand the plan for follow-up and whom to contact in an emergency. I have had an opportunity to ask questions, and have had my questions answered.

**Testimonio del paciente:**

He hablado de mis resultados con mi proveedor y he recibido los resultados de las pruebas pertinentes en mi informe de alta. He recibido mis instrucciones para el alta, entiendo el plan de seguimiento y a quién contactar en caso de emergència. He tenido la oportunidad de hacer preguntas, y se han respondido mis preguntas.

Patient Signature: ______________________ Date: ______________

Or Family Signature if Required: ______________________ Date: ______________

Firma del Paciente: ______________________ Fecha: ______________

O Firma del Miembro
de la Familia (si es necesario): ______________________ Fecha: ______________

## Letter by Maritato, Andrea, MD on 7/17/2023

Family Health Center of Harlem
1824 Madison Avenue New York, NY 10035-3832
Phone: 844-434-2778 Fax: 646-770-8405

www.institute.org

THE INSTITUTE FOR FAMILY HEALTH

7/17/2023

Re: WCB Case #G2147510 from 8/16/2018
Re: WCB case #00157778 from injury on 9/11/01
Re: WTC case $442456 from 12/12/02

To whom it many concern,

I am a physician licensed in the state of New York (lic # 232844).
Robert Watson, DOB 6/17/1964, is a patient of our clinic.

Mr.Robert Watson has carpal tunnel syndrome and back pain related to the collapse of the World Trade Center. He is also suffering from GERD and PTSD related to the WTC attacks.

He is in need of help but the WTC compensation fund is not responding to him.

He has been seen by psychiatry on 7/22/20.
He was also seen by the worker's compensation board on 9/18/02 but he still hasn't gotten his victim's compensation funds.
He needs help with getting medication and surgery paid.

Sincerely,

Andrea Maritato, MD

**Psychiatry MD Discharge Note/Summary [Charted Location: CPEP] [Date of Service: 22-Jul-2020 11:04, Authored: 22-Jul-2020 11:04]- for Visit: 115-727-083,** *Complete, Entered, Signed in Full, General*

**Demography Details:**
- This 56 year old Male patient presents for initial evaluation of. History was obtained from the patient. Patient ethnicity: African American.

**Chief Complaint:**
- **Chief Complaint (Patient's own words):** ' do not know why I was brought here',.

**Home Medications:**
**** Outpatient Medication Status not yet specified***

**Allergies:**
- **No Known Allergies:**

**Abuse:**
- **Has patient been hit/kicked/slapped or forced to have sex , or is a victim of neglect?:** no
- **Suspected Physical Abuse?:** no
- **Suspected Sexual Abuse?:** no
- **Suspected Neglect?:** no

**Hospital Course:**
- **Hospital Course:** Robert has hx of PTSD, presented due to agitation and aggression at his shelter (Safe Heaven). Was observed in cpep, no issues reported or noted. On evaluation, patient was calm, cooperative, appeared hypomanic, talking about his you tube channel and educating kids about 911 as he is a911 survivor. I googled him and found multiple links for WTC survivor Robert watson. He reported that he is not happy with his living situation as he feels he is living in a jail. Presently, there is no gross mood dysregulation, there are no psychotic signs or symptoms present and there has been no suicidality/homicidality. reported that he gets therapy at World trade health program. Currently patient is stable and does not endorse danger towards self or others, he is safe to be discharged to the community with outpatient services in place.

**Date of Service:**
- Date of Discharge: 22-Jul-2020.

**Mental Status Examination at Discharge:**

| | |
|---|---|
| • **Appearance** | Within Normal Limits |
| • **Build/Stature** | Within Normal Limits |
| • **Posture** | Within Normal Limits |
| • **Eye Contact** | Average |
| • **Activity/Psychomotor** | Within Normal Limits |
| • **Attitude Toward Examiner** | Cooperative |
| • **Attitude Toward Parent/Guardian** | Not Applicable |
| • **Separation (for Children/Adolescent)** | Not Applicable |
| • **Mood** | Euthymic |
| • **Affect** | Full Range |
| • **Speech** | Clear with Normal Rate and Volume |

14 MedicalArts

Date: 12/18/2020
RE: Robert Watson, DOB: 06/17/1964, PT ID #27217

To Whom It May Concern,

I saw Robert Watson in the office today for chronic neck and low back pain. Patient is a 911 suvivor with PTSD. Patient is currently prescribed Gabapentin for neuropathic pain which can cause drowsiness. Patient is requesting private/single person housing arrangement if possible for his behavioral health and pain.

Please call our office should you need any further information.

Sincerely,

Electronically Signed by: ANAM AZEEM, MD

- 14 street medical.com
Tel (212) 481-3333

(212) 776-2173
FAX

ATTENTION
MR. Crystal

FROM: 9/11/2001
World TRADE Center
Survivor
Robert Watson

Leah

[EXHIBIT 1NYC]

NYC HEALTH+ HOSPITALS | Elmhurst

# AFTER VISIT SUMMARY

**Robert Watson** DoB: 6/17/1964 5/2/2019 1:20 PM Elmhurst Adult Primary Care 718-334-2424

## Instructions from Mohammad B. Chaudhary, MD

**Today's medication changes**

START taking:
diclofenac (VOLTAREN)
ibuprofen (ADVIL, MOTRIN)

Accurate as of 5/2/19 3:54 PM.
**Review your updated medication list below.**

**Pick up these medications at Rubex Drugs, Inc. - Elmhurst, NY - 81-19 41st Avenue**
diclofenac • ibuprofen
Address: 81-19 41st Avenue, Elmhurst NY 11373
Phone: 718-397-0776

**Return in about 3 months**
(around 8/2/2019).

## Today's Visit

You saw Mohammad B. Chaudhary, MD on Thursday May 2, 2019. The following issue was addressed: Chronic midline low back pain with bilateral sciatica.

Blood Pressure 133/94
BMI 25.90
Weight 62.1 kg (137 lb)
Height 1.549 m (5' 0.98")
Temperature (Oral) 98 °F (36.7 °C)

## What's Next

**Upcoming Appointments**

MAY 3 2019 — **Therapy** with Armando Fuentes, PhD
Friday May 3 11:00 AM (Arrive by 10:40 AM)
Elmhurst World Trade Center Clinic
79-01 Broadway
Elmhurst NY 11373
718-334-4000

JUN 3 2019 — **Social Work Visit** with Rhonda Bryant, LCSW
Monday June 3 11:00 AM (Arrive by 10:40 AM)
Go to Room D1-55.
Elmhurst Adult Primary Care
79-01 Broadway
Elmhurst NY 11373
718-334-2424

**Medications You Will Be Given**

**albuterol (albuterol)**
Expected: see administration instructions (1 dose remaining)

## Referral Information

| Referred By | | Referred To |
|---|---|---|
| Mohammad B. Chaudhary, MD<br>79-01 Broadway<br>ELMHURST NY 11373<br>Phone: 718-334-4000 | Diagnoses: Chronic midline low back pain with bilateral sciatica<br>Order: Ambulatory Referral To Neurology<br>Pr Office Consultation New/ Estab Patient 15 Min | El Neurology<br>79-01 Broadway<br>Elmhurst NY 11373<br>Phone: 718-334-3262<br>Fax: 718-334-3735 |

CALL → Appointment on 8/15/2019 at ~~[illegible]~~ 1PM

NYC HEALTH+ HOSPITALS | MYCHART

With MyChart, you can... Message your doctor... Request refills... See test results... See your visit summaries and upcoming appointments and much much more...

To sign up go to **http://mychart.nychealthandhospitals.org**, click "**Sign Up Now**", and enter personal activation code: **9DR63-VQG42**
**Expires: 6/18/2019 3:23 PM.**

Additional Information:
If you have questions, you can go to **https://epicmychart.nychhc.org/help** to contact our MyChart staff. Remember, for emergencies, always call 911 - do not use MyChart.

## Patient Preference and Functional/Lifetyle Goals (continued)

| |
|---|
| Eat more fruits and vegetables |
| Increase physical activity |
| Reduce fat intake to X grams per day |
| Reduce portion size |

5/2/2019

# Health Maintenance Report

| | Date Due | Completion Dates |
|---|---|---|
| HIV SCREENING | 06/17/1977 | --- |
| TD/TdaP Vaccine | 06/17/1983 | --- |
| Colon Cancer Screening | 06/17/2014 | --- |
| Influenza Vaccine (1) | 09/01/2018 | --- |

## Allergies

No Known Allergies

## Problem List

**Date Reviewed:** 3/21/2019

| | ICD-10-CM | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Chronic midline low back pain with sciatica | M54.40, G89.29 | | | 5/2/2019 - Present |
| PTSD (post-traumatic stress disorder) | F43.10 | | | 8/15/2018 - Present |
| Essential hypertension | I10 | | | 7/26/2018 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | F43.23 | | | 6/27/2018 - Present |
| Observation for suspected medical conditions | Z03.89 | | | Unknown - Present |

## Referral Information (continued)

| Referred By | Referred To |
|---|---|
| Fax: 718-334-5187 | Reason: Specialty Services Required |

Comment: Reason for Referral: Left carpal tunnel chronic

## Your Medication List as of 5/2/19 3:54 PM

Always use your most recent med list.

| | |
|---|---|
| * **Carpal Tunnel Wrist Stabilizer** Misc | Apply to right wrist |
| * **Carpal Tunnel Wrist Stabilizer** Misc | Apply to left wrist |
| **clotrimazole** 1 % cream<br>Commonly known as: LOTRIMIN | Apply topically 2 (two) times a day. As directed |
| **diclofenac** 1 % Gel gel<br>Commonly known as: VOLTAREN | Apply 1 application topically 2 (two) times a day. |
| **ibuprofen** 600 MG tablet<br>Commonly known as: ADVIL, MOTRIN | Take 1 tablet (600 mg total) by mouth every 6 (six) hours as needed for pain. As directed |
| **loratadine** 10 MG tablet<br>Commonly known as: CLARITIN | Take 1 tablet (10 mg total) by mouth daily. |
| **omeprazole** 20 MG capsule<br>Commonly known as: PriLOSEC | Take 1 capsule (20 mg total) by mouth daily. |
| **omeprazole** 20 MG tablet<br>Commonly known as: PRILOSEC OTC | Take 1 tablet (20 mg total) by mouth daily. |
| **permethrin** 1 % lotion<br>Commonly known as: ELIMITE | Apply Shampoo, rinse and towel dry hair, saturate hair and scalp with permethrin. Rinse after 10 min; repeat in 1 week if needed |

* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

# Other Info from Your Visit

## Patient Preference and Functional/Lifetyle Goals

Cut out extra servings

DIET - Choose healthy snacks

[EXHIBIT - Katrina]

Sent from my iPhone

Begin forwarded message:

**From:** Katrina Jefferson <katrinaj@nationalactionnetwork.net>
**Date:** July 27, 2021 at 10:44:14 AM AST
**To:** gls8296@hotmail.com
**Subject: Release Form**

Good Morning Jerue,

When you have a moment can you please have Robert Watson sign the enclosed clearance form? Rep. Maloney's office is making progress on their end with regards to his 9/11 case, however they need this form in order to proceed.

Please let me know if you have any questions. Praying for his strength as he is back to calling our office repeatedly discussing the same thing over and over and over again.

Best,

Katrina

REP. CAROLYN B.
MALONEY
NY-12

Name: #91151169 6 Robert Watson Gender Identity: MAle
Street Address: (Homeless) 106 WEST 145 STreet
City: HARlEM State: NY Zip: 10039
Telephone: (cell) (347) 372 4050 (other) (929) 206 1177
E-mail address: robertwatson10026@gmail.com Birth Date: 6/17/1964

List any and all identifying numbers that apply to your situation (A #, Application Receipt #):
#91151169 6/771326 care/WCB G2147510/WCB #0015778

Briefly describe the nature of the assistance you are requesting (list any forms you have filed, as well as any names, dates or contact numbers you think may help the Congresswoman's inquiry):

-Help with claim for WCB0015778
Back Injury inside of 2 WTC
on 9/11/2001 at 9:40 am
Help with VCF Compensation
Money for the Terrorist ATTACK
at my Job Lenscrafters on
September 11, 2001.
Help with my PASS program Self
employment. I have an online
business rwmarketingllc.com.

I understand that the Privacy Act of 1974, 5 U.S.C. 552(a) et seq. prohibits any government agency from releasing information they may have in my name without my knowledge or permission. I hereby authorize Congresswoman Carolyn Maloney and members of her staff to obtain such information from government agencies as may be required for the purpose of investigating and resolving the concerns I have set forth herein. I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release and submitted with it; and 3) all of this information is complete, true, and correct.

[signature] June 07, 2021

Signature (signature must be signed by hand in ink) Date

Please return to: Congresswoman Carolyn B. Maloney, 1651 Third Avenue, Suite 311, New York, NY

[EXHIBIT 17-Q]

*In Loving Memory of*



# *Evelyn Watson*

*April 30, 19[redacted]– September 11, 2020*

*Service*

SATURDAY, SEPTEMBER 19, 2020 — 10:00 a.m.

JEMUEL HAYNES CONGREGATION
146-09 116th Avenue • Jamaica, New York 11436

Interment
ROSEHILL CEMETERY
Linden, New Jersey

EXHIBIT (6Q)

*In Loving Memory of*



Evelyn V

*April 30, 19*[redacted] *– Se*

rvice
ER

S CC
Jam

rme
L CE
New





Pasternack Tilker Ziegler
Walsh Stanton & Romano LLP
Attorneys At Law

[EXHIBIT - G]

September 19, 2019

Robert Watson
40 Ann Street
New York NY 10038

W.C.B. # : G2147510
Claimant : Robert Watson
Employer : 21st Century Optical
Carrier : Charter Oak Fire Ins. Co.
Claim # : W054001
D/A : 6/8/2017

Dear Mr. Watson,

We have reviewed the facts and circumstances surrounding your claim and have concluded our investigation and analysis of your case. Unfortunately, we must advise you that we cannot handle this matter. We do not wish to imply that you do not have a legitimate basis for a claim, but there are many factors which lead attorneys to either accept or reject particular cases.

BE ADVISED THAT WE ARE TAKING NO ACTION ON YOUR BEHALF AND ARE CLOSING OUR FILE.

Thank you for consulting with our office. We trust we may be of service to you in the future.

Very truly yours,

PASTERNACK TILKER ZIEGLER
WALSH STANTON & ROMANO, LLP

EDGAR N. ROMANO

EXHIBIT 2 - NYPD 28th Police Report
#2023-028-003862

2271 8th Ave

212-678-1611
8/27/2023
# Complaint
Report

PO HANKERSON
LT DAUNDOW

2023-028-003862

EXHIBIT B

8/12 2:22 PM Jamie Pargirski 3-wk

**NYPD**
New York City Police Department

SERGEANT MITCHELL
Shield Number 4332

32nd Dr. Wadoloski
Command

9.11
WTCHealthProgram
**World Trade Center Health Program**

**Robert Watson**
**WTC Health Program Member ID:**
**911S11696**

This is not an insurance card and should only be used to seek approved WTC Health Program benefits.

NYC HEALTH+ HOSPITALS | Bellevue

**Office of Patient Relations**
462 First Avenue, New York, NY 10016
212-562-6071 Fax: 212-562-3366
BHC-PatientAdvocacy@nychhc.org

ALLAH SCHOOL IN MECCA
IN THE NAME OF
7
ALLAH
OFFICE OF CULTURAL MANAGEMENT

**Divine Prince**
Hon. Ronald P Douglas, Secretary

2122 Adam Clayton Powell Jr. Blvd
Allah and Justice Square
New York, New York 10027

347-940-8465
sambo7the7@gmail.com

NATIONAL ACTION NETWORK
OFFICIAL MEMBERSHIP CARD

**ROBERT WATSON**
Member Number:0029092
Chapter: NATIONAL

EXHIBIT Z



# OFFICE OF THE ATTORNEY GENERAL LETITIA JAMES

## STATE OF NEW YORK DEPARTMENT OF LAW

CIVIL RIGHTS BUREAU
28 Liberty Street
New York, NY 10005
Tel: (212) 416-8250 | Fax (212) 416-6030

### Submission for Local Police Department

| | |
|---|---|
| **Intake Id** | 1-373093512 |

### Your Information

| | |
|---|---|
| **First Name** | ROBERT |
| **Last Name** | WATSON |
| **Street Address** | 1827 ADAM CLAYTON POWELL BLVD 1A |
| **Address Line 2** | 1827 7 AVENUE |
| **City/Town** | NEW YORK |
| **State** | NY |
| **County** | NEWY |
| **Zip/Postal Code** | 10026 |
| **Phone Number** | 347-372-4050 |
| **Email Address** | 911S11696RobertWatson@gmail.com |

### Subject of Your Complaint

| | |
|---|---|
| **Are you complaining about a person or a company?** | Entity |
| **Entity Name** | NEW YORK CITY POLICE DEPARTMENT |
| **Street Address** | 830 WASHINGTON AVENUE |
| **Address Line 2** | NEW YORK POLICE DEPARTMENT |
| **City/Town** | NEW YORK |
| **State** | NY |
| **County** | BRON |
| **Zip/Postal Code** | 10451 |
| **Phone Number** | 718-402-3887 |
| **Email Address** | |
| **Website** | |

### Additional Complaint Information

| | |
|---|---|
| **Have you already complained to entity/individual?** | Y |
| **How?** | BY TELEPHONE |
| **Complaint Date** | 2020-05-17 |
| **Person contacted** | DO NOT REMEMBER NAME OF OFFICER |

# Thank You For Filling Out This Form.

## Shown below is your submission to NYC.gov

Tuesday, December 27, 2022, at 12:53:35 PM

This form resides at: **https://www.nyc.gov/office-of-the-mayor/mayor-contact.page**

## The following data was submitted:

**Organization Name** ........ CHALL

**Topic** ........ QOL

**MSG** ........ September 11 VCF program Appeal/Amend Complaint Description Bill De Blasio had Anna Kitsmarshvili Brieifing Director of City Hall hang up on a New York City State Worker an unpaid injured 9/11/2001 victim om January 31, 2022. NY Attorney General female hung up on me 12/27/2022. Please call me at 929-996-4551 as soon as possible. New York State Attorney General is on notice and called today and hung up phone. Call Rev al Sharpton and Bill De Blasio to fix this Civil Rights violation and the death of EVELYN WATSON. On 9/11/2022.

**PREFIX** ........ Certified 9/11 Survivor

**FIRST** ........ ROBERT

**MIDDLE** ........ W

**LAST** ........ WATSON

EXHIBIT 123-ABO

# The American Board of Opticianry

AMERICAN BOARD OF OPTICIANRY

FOR CERTIFICATION AND CONTINUING COMPETENCE IN OPTICAL DISPENSING

*Having demonstrated competency and knowledge by passing the National Opticianry Competency Examination.*

## Robert W. Watson, ABOC

*is designated a*

## Certified Optician

*Certification effective 1998*

*May be renewed upon demonstrating that the Continuing Education Requirement of the ABO has been completed.*

*Certificate Expires December 31, 2001*

Robert L. Shaw

*Chairman*

Certification Program approved by the National Commission for Certifying Agencies

*Certificate Number*

137487

ROBERT W. WATSON
WTCHP 911S11696 Robert Watson
1827 7th Avenue #1A
New York NY [10026]

RECEIVED
NOV - 2 2023
PRO SE OFFICE

UNITED STATES District Court
Southern District of New York
Pro Se Intake Unit (Room 20
500 Pearl Street (Room 20
New York, NY 10007

USMS
SDNY

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 0564 6842 62

US