UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATSON, ROBERT WILLIAM JR, 9/11 CERTIFIED SURVIVOR,<br><br>         Plaintiff,<br><br>  -against-<br><br>SHARPTON, ALFRED CHARLES JR; KATRINA JEFFERSON; MURRAY, SHANNON; O'BRIEN, CONNERY,<br><br>         Defendants. | 23-CV-9716 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 26, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 26, 2024
     New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
               Chief United States District Judge